UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Chad Edward Taylor Sr.　　　　　　　　　Case No. 11-30110
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor(s)

# ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **January 10, 2011**___, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4) Other provisions:

Dated:_____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
RICHMOND, VIRGINIA

I ASK FOR THIS:　　　　　　　　　　　　　NOTICE OF JUDGMENT OR ORDER
　　　　　　　　　　　　　　　　　　　　　　Entered On Docket _____

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #5578

**PARTIES TO RECEIVE COPIES:**
Chad Edward Taylor Sr.
1320 Walton Bluff Terrace
Midlothian, VA  23114

ConfirmingOrder