# *Friedman & MacFadyen, P.A.*

MARK H. FRIEDMAN*

KENNETH J. MACFADYEN

MICHAEL T. CANTRELL*

JAMES J. LOFTUS*

KATHRYN D. CLAYPOOLE

MIRIAM S. FUCHS

DIANA THEOLOGOU

JEFFREY HUSTON

MINDA THORWARD

DANIEL MENCHEL*

*ADMITTED TO PRACTICE IN MD & D. C.

TOTMAN BUILDING—SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202-3399
(410) 685-1763 • FAX (410) 727-1759

VIRGINIA OFFICE
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VIRGINIA 23229
(804) 288-0088 • FAX (804) 288-0052

PLEASE REPLY TO BALTIMORE ✕
PLEASE REPLY TO VIRGINIA ⎯

**JOHNIE MUNCY

**KELLY GRING

**ANDREW RICH

**BRAXTON WILLIAMS

**AARON JORDAN

**GEOFFREY O'BRIEN

**ANNE GRUMBINE

**RYAN QUINN

**ADMITTED TO PRACTICE IN VA

July 18, 2011

Deanna H. Hathaway, Esquire
P.O. Box 11588
Richmond, Virginia 23230

RE: HSBC Bank USA, National Association, as Trustee of the First NLC
Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4
        v. Taylor, Sr., Chad Edward
        Case No. :11-30110-DOT
        Loan No. :******6417
        Chapter :13
        Our File No. :228547

### NOTICE OF TERMINATION OF AUTOMATIC STAY BY HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE OF THE FIRST NLC TRUST 2005-4, MORTGAGE-BACKED CERTFICIATES, SERIES 2005-4

That on or about January 07, 2011 the debtors filed a voluntary
petition under the provisions of 11 U.S.C. Chapter 13. That on or
about January 10, 2011 the debtor filed their Chapter 13 Plan.
Please take notice of the following:

1. Whereas, on or about January 10, 2011, the debtor filed a Chapter
13 Plan with the court. Pursuant to the terms of the Plan, the debtor
surrendered the property at 1320 Walton Bluff Terrace Midlothian,
Virginia 23114.

2. Whereas, on or about March 9, 2011, the debtor's Chapter 13 Plan
was confirmed there by terminating the automatic stay as to the
property at 1320 Walton Bluff Terrace, Midlothian, Virginia 23114.

3. Therefore, pursuant to the terms of the Bankruptcy Court's order
and the debtor's Chapter 13 Plan, please take note of the following:

1. HSBC Bank USA, National Association, as Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certficiates, Series 2005-4 considers the automatic stay concerning the above-described collateral to have been terminated due to the debtor's terms of the confirmed Plan.

Please be advised that HSBC Bank USA, National Association, as Trustee of the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 believes that termination of the automatic stay permits it to exercise its contractual and statutory rights concerning the collateral, including, but not limited to, the initiation of foreclosure proceedings of the above-referenced collateral.

If you have any questions, please do not hesitate to contact us.
Very truly yours,

FRIEDMAN & MacFADYEN, P.A.

**Andrew T. Rich**
**V.S.B. # 74296**
Andrew T. Rich

ATR/klw
Enclosure

cc: Chad Edward Taylor, Sr.
    Courtney H. Taylor, Co-Debtor
    Robert E. Hyman, Trustee

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Termination of Automatic Stay was mailed, first class postage prepaid, or electronically mailed on this 18th day of July, 2011 to the following:

Deanna H. Hathaway, Esquire
P.O. Box 11588
Richmond, Virginia 23230

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, Virginia 23218-1780

Mr. Chad Edward Taylor, Sr.
1320 Walton Bluff Terrace
Midlothian, Virginia 23114

Ms. Courtney H. Taylor
1320 Walton Bluff Terrace
Midlothian, Virginia 23114

/s/ Andrew T. Rich

Andrew T. Rich, Esquire

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052